THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN A. JOHNSON et al., Composing the Board of Park Commissioners of the City of Olean, Respondents, *v.* DAVID E. BARROWS et al., Composing the Board of Water Commissioners of the City of Olean et al., Appellants.

*People ex rel. Johnson* v. *Barrows*, 140 App. Div. 24, affirmed.
(Submitted February 12, 1912; decided February 27, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 12, 1910, which affirmed an order of Special Term

granting a motion for a peremptory writ of mandamus to compel defendants to supply water for park purposes.

*M. B. Jewell* for appellants.

*Allen J. Hastings* for respondents.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.